**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23557-ALTMAN/Sanchez**

**OSCAR HERRERA**,

    *Plaintiff*,

*v.*

**GRAND SEIKO CORP. OF AM.**,

    *Defendant*.

_____/

## ORDER

The Plaintiff has filed a Notice of Settlement [ECF No. 11], informing us that the parties have resolved this matter. Accordingly, we hereby **ORDER** the parties to file a joint stipulation of dismissal by **November 18, 2024**. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case. The Clerk is directed to **CLOSE** this case. All deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in the Southern District of Florida on October 21, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record